UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MARK STEVEN DUPREE, II.          CIVIL ACTION NO. 13-2443-P

VERSUS                            JUDGE FOOTE

STEVE PRATOR, ET AL.             MAGISTRATE JUDGE HORNSBY

REPORT AND RECOMMENDATION

In accordance with the standing order of this court, this matter was referred to the
undersigned Magistrate Judge for review, report and recommendation.

STATEMENT OF CLAIM

Before the court is a civil rights complaint filed in forma pauperis by pro se
plaintiff Mark Steven Dupree, II. ("Plaintiff"), pursuant to 42 U.S.C. § 1983.  This
complaint was received and filed in this court on August 8, 2013. Plaintiff is incarcerated
at the Caddo Correctional  Center in Shreveport, Louisiana, and claims his civil rights
were violated by prison officials.  Plaintiff names Sheriff Steve Prator, Robert Wyche,
Rick Farris, Captain Leach, A.L. Dinkins, Jr., Deputy Durante, Deputy C. Thomas,
Deputy Parks, Deputy J. Taylor, Deputy M. Russel, Deputy Carroll, Deputy Worden,
Director Hicks, Shelia Wright, Kelly Hayes, Dr. David Nelson, Dr. Russell Roberts, EMT
P. D. Jarnell, EMT P. Mills, Nurse Jill Reeder, Unknown Medical Staff, Dr. Cole
Flournoy, Dr. Colon, Lori Griffin, Courtney Miller, Kris Hill, Deputy Richardson,
Ardean Moore, and SIU Detective Evans.

Plaintiff was ordered on December 12, 2014,  to file, within 30 days of the service

of the order, an amended complaint (Doc. 12).  This court granted Plaintiff an extension until February 28, 2015, to comply with the memorandum order (Doc. 14).  To date, Plaintiff has not filed an amended complaint.

Accordingly;

**IT IS RECOMMENDED** that this complaint be **DISMISSED WITHOUT PREJUDICE**, sua sponte, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as interpreted by the court and under the court's inherent power to control its own docket.  See Link v. Wabash Railroad Company, 370 U.S. 626, 82 S.Ct. 1386 (1962); Rogers v. Kroger Company, 669 F.2d 317, 320-321 (5th Cir. 1983).

## OBJECTIONS

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court, unless an extension of time is granted under Fed. R. Civ. P. 6(b).  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Counsel are directed to furnish a courtesy copy of any objections or responses to the District Judge at the time of filing.

A party's failure to file written objections to the proposed findings, conclusions and recommendation set forth above, within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions that were accepted by the district court and that were not objected to by the aforementioned party.  See Douglas v.

U.S.A.A., 79 F.3d 1415 (5th Cir. 1996) (en banc).

   **THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this

24th day of March 2015.

_____
Mark L. Hornsby
U.S. Magistrate Judge